NO. SCWC-29930

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GABRIEL APILANDO, Petitioner/Petitioner-Appellee

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 08-1-0006; CR. NOS. 01-1-0424 & 01-1-0098)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on February 18, 2011 by Petitioner/Petitioner-Appellee Gabriel Apilando is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 5, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Jeffrey A. Hawk (Hawk Sing Ignacio & Waters) for petitioner/petitioner-appellee on the application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.